Prob. 12B (Rev 11/05)
Modifying the Conditions for Term of Supervision

RE:  Client Name:   HILL, Christopher F.            Pacts No:   18691
     Docket No:     05 CR 151 - 1                   Date:       7/13/2006

# PETITIONING THE COURT

☐ To extend the term of supervision for    months, for a total term of    months.
☑ To modify the conditions of supervision as follows:

The offender shall participate in mental health treatment at the direction of the probation officer.

The offender shall reside at the Salvation Army Work Release Center for 60 days at the direction of the probation officer.

Respectfully submitted,

*Kelli M. Cordis*
Kelli M. Cordis
Senior U.S. Probation Officer
Drug Treatment Specialist
Phone: 312-435-7602

Reviewed by:

*Jeanne G. Walsh*
Jeanne G. Walsh
Supervising U.S. Probation Officer
Phone: 312-408-5073

Prob. 12B (Rev 11/05)
Modifying the Conditions for Term of Supervision

| | | | | |
|---|---|---|---|---|
| RE: | Client Name: | HILL, Christopher F. | Pacts No: | 18691 |
| | Docket No: | 05 CR 151 - 1 | Date: | 7/13/2006 |

Enclosures: Judgment and Commitment Order
Prob Form 49 - Waiver of Hearing
Presentence Investigation Report

cc: Victoria Peters
Associate Chief, Criminal Division
U.S. Attorney's Office
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
312-353-5319

Carol Brook
Deputy Director
Federal Defender Program
55 East Monroe Street, Suite 2800
Chicago, Illinois 60603
312-621-8339

Prob. 12B (Rev 11/05)
Modifying the Conditions for Term of Supervision

| | | |
|---|---|---|
| RE: | Client Name: HILL, Christopher F. | Pacts No: 18691 |
| | Docket No: 05 CR 151 - 1 | Date: 7/13/2006 |

## THE COURT ORDERS:

[ ] No Action
[ ] The extension of supervision as noted above
[✓] The modification of conditions as noted above
[ ] Other

_____
Honorable Harry D. Leinenweber

7/27/06
_____
Date