# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 CR 151 - 1 | **DATE** | 12/12/2007 |
| **CASE TITLE** | United States of America vs. Christopher Hill | | |

**DOCKET ENTRY TEXT**

Rule to show cause hearing held. Defendant acknowledges violating the terms of the Supervised Release. The Court finds that the defendant did violate the terms of supervise release and terminates the defendant's Supervised Release as unsatisfactory.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|